In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-278 CV


____________________



IN THE INTEREST OF J.P.D.






On Appeal from the 317th District Court


Jefferson County, Texas


Trial Cause No. F-167,666-B






 MEMORANDUM OPINION 


 Terri Rochelle Walters appealed an order denying relief in a suit to modify and
counter-petition in a suit to modify parent-child relationship. The appeal was submitted
without briefs because the appellant failed to file her brief by the October 31, 2005 due date. 
See Tex. R. App. P. 38.6(b). The appellant did not request additional time to file the brief. 
See Tex. R. App. P. 38.6(d). On January 24, 2006, we notified the parties that the appeal
would be advanced without oral argument. See Tex. R. App. P. 39.9. In the absence of a brief
assigning error, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1).

 APPEAL DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Submitted on February 14, 2006

Opinion Delivered February 23, 2006

Before McKeithen, C.J., Gaultney, and Horton, JJ.